No. 73–5981.  ZENGLEIN v. MASTHOFF ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–5982.  MAYBERRY v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 73–5983.  WHATLEY v. ANDERSON, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 73–5984.  HURD v. SUPREME COURT OF CALIFOR-NIA.  Sup. Ct. Cal.  Certiorari denied.

No. 73–5985.  RICHARDSON v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 73–5986.  JENNINGS v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 73–5987.  MINOR v. NICHOLSON, JUDGE, ET AL. Ct. App. Ky.  Certiorari denied.

No. 73–5994.  DUNNAVILLE v. VIRGINIA.  Cir. Ct., City of Roanoke, Va.  Certiorari denied.

No. 73–5997.  JUTILA v. RESHETYLO, HOSPITAL SUPER-INTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 73–5998.  CLEMMER v. MAZURKIEWICZ, CORREC-TIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 73–6002.  MAGEE v. NELSON, WARDEN, ET AL. Sup. Ct. Cal.  Certiorari denied.

No. 73–6003.  DALLAS v. VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 73–6014.  LINEBACK v. INDIANA.  Sup. Ct. Ind. Certiorari denied.